UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK TURNAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No. 1:22-cv-00183-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 15) |

Plaintiff Mack Turnage is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to obey a court order. (Doc. No. 15.) Specifically, plaintiff has failed to comply with the court's April 20, 2022 order directing him to file a first amended complaint using the court's form template for this purpose, which the court ordered because plaintiff's original complaint consists only of a letter expressing plaintiff's "hope and intention" regarding COVID-19 safety and protocol policies in North Kern State Prison, but plaintiff does not clearly articulate his claims or specify the defendants against whom his claims are being made. (*Id.*; Doc. Nos. 1; 13.) Therefore, the magistrate judge issued findings and recommendations recommending that plaintiff's action be dismissed. (*Id.*) Those

1

pending findings and recommendations contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections have been filed, and the time in which to do so has since passed. Plaintiff has also not filed a first amended complaint as directed, or otherwise communicated with the court in this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 17, 2022 (Doc. No. 15) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 26, 2022**

_____
UNITED STATES DISTRICT JUDGE